**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

BRENNAN LANDY, individually and on behalf of all others similarly situated,

*Plaintiff,*

*v.*

RPM HEALTHCARE, LLC, a Utah limited liability company, d/b/a SMART MED ALERT

*Defendant.*

Case No. 2:26-cv-00067-HCN-DAO

**MOTION TO CORRECT CAPTION**

Though this case has been voluntarily dismissed and closed, Plaintiff respectfully moves, pursuant to Federal Rule of Civil Procedure 60(a), for entry of an order directing the Clerk to correct the caption of the docket in this action.

The Complaint described, and Plaintiff served, the intended and correct defendant: the Utah limited liability company RPM Healthcare LLC d/b/a Smart Med Alert. The docket caption, however, erroneously identifies a similarly named Delaware entity, RPM Healthcare, LLC, which is a non-party. This is a clerical oversight.

Plaintiff's Counsel has been contacted by counsel for the Delaware entity and requests that the Court direct the Clerk to amend the docket caption to identify "RPM Healthcare LLC, a Utah limited liability company, doing business as Smart Med Alert" as the proper defendant. It should not say "a Delaware limited liability company". The correction sought is ministerial, does not alter the identity of the intended party, does not reopen this dismissed action, and does not affect the substantive rights of any party. Rule 60(a) authorizes the Court to correct such a mistake in a judgment, order, or other part of the record at any time.

Respectfully submitted,

Dated: September 8, 2026

**BRENNAN LANDY**, individually and on behalf of all others similarly situated,

Respectfully submitted,

/s/ Patrick H. Peluso
One of Plaintiff's Attorneys

Patrick H. Peluso*
ppeluso@pelusolawfirm.com
**PELUSO LAW, LLC**
865 Albion Street, Suite 250
Denver, Colorado 80220
Telephone: (720) 805-2008

Attorneys for Plaintiff and the Alleged Class

* *Pro Hac Vice*